JOHN W. HUBER, United States Attorney (#7226)
CAROL A. DAIN, Assistant United States Attorney (#10065)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone:   (801) 524-5682



IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | 2:20mj74 PMW |
|---|---|
| Plaintiff, | COMPLAINT |
| vs. | VIO. 18 U.S.C. § 1073, Unlawful Flight to Avoid Prosecution. |
| ANGEL EMANUEL NIEVES, | **SEALED** |
| Defendant. | Judge Paul M. Warner |

Before the Honorable Paul M. Warner, United States Magistrate Court Judge for

the District of Utah, appeared the undersigned, who on oath deposes and says:

### COUNT I
### 18 U.S.C. § 1073
### (Unlawful Flight to Avoid Prosecution)

On or about 9th day of November, 2019, in the Central Division of the District of

Utah,

ANGEL EMANUEL NIEVES,

1

the defendant herein, did, move and travel in interstate commerce, to wit, from Carbon County, Utah, in the Central Division of the District of Utah, to a point outside the State and District of Utah, with intent to avoid prosecution under the laws of the State of Utah for a crime which is a felony in said State, to wit, Obstruction of Justice, in violation of Utah Code Ann. § 76-8-306; all in violation of 18 U.S.C. § 1073.

This complaint is made on the basis of investigation consisting of the following: I, Jule Albretsen, having been duly sworn, state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), duly appointed according to law and acting as such, and have been employed by the FBI as a Special Agent since November 2012. I am currently assigned to the Provo, Utah Resident Agency of the FBI Salt Lake City Field Division.

2. The facts contained in this Affidavit are based on information I gathered personally and received from other law enforcement officers, agencies, and sources of information. The United States is investigating a fugitive matter that concerns possible violations of Title 18, United States Code, Section 1073, Unlawful Flight to Avoid Prosecution (UFAP). This Affidavit is in support of an arrest warrant for ANGEL EMANUEL NIEVES.

3. On September 22, 2019, Springville Police Officers responded to report of a deceased male. Upon arrival they located a Hispanic male with gunshot wounds deceased

in road under a bridge. The victim was later identified as Lazaro Arnoldo Nieves-Morales ("Lazaro" or "Lazaro Nieves").

4. During the investigation, officers were able to identify a suspect named Victor Contreras ("Contreras"). He was later arrested for felony murder and obstruction of justice.

5. On September 23, 2019, the family of Lazaro, including his brother ANGEL EMANUEL NIEVES ("NIEVES"), went to the Springville Police Department to meet with investigators. NIEVES asked to meet with a detective alone. During the interview, NIEVES admitted he went to Contreras's home after the murder and that he and Contreras went to Ogden, Utah to meet with a gang member to vouch for Contreras's innocence.

6. On November 5, 2019, officers served search warrants on the phones of NIEVES and his girlfriend/wife, Maria Pedroza. NIEVES was placed in the custody by Adult Probation & Parole and booked into Carbon County Jail on a 72-hour hold. NIEVES was interviewed while in custody. At the end of the 72 hours, NIEVES was released.

7. On November 13, 2019, investigators learned from other witnesses that NIEVES had made material misstatements and omissions during his previous three interviews/contacts with police.

10. In December 2019, investigators received information that NIEVES was in Michoacán, Mexico.

Based on the foregoing information, your affiant respectfully requests that an arrest warrant be issued for ANGEL EMANUEL NIEVES for violations of 18 U.S.C. § 1073.

DATED this 23rd day of January, 2020.

JULE ALBRETSEN II, Affiant
Special Agent, Federal Bureau of Investigation

SUBSCRIBED AND SWORN to before me this 23rd day of January, 2020.

PAUL M. WARNER
United States Chief Magistrate Judge

APPROVED:

JOHN W. HUBER
United States Attorney

CAROL A. DAIN
Assistant United States Attorney